# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Miguel Alvarez,<br><br>　　　　　　　　Plaintiff<br><br>v.<br><br>Weltman, Weinberg, & Reis Co., LPA,<br>　　　　　　　　Defendant | Docket No. 3:22-CV-00093-MEM<br><br>(Judge Malachy E. Mannion)<br><br>ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of this matter with prejudice, with each side to bear its own fees and costs.

| *s/ Brett M. Freeman* | *s/ Richard J. Perr (with consent)* |
|---|---|
| Brett M. Freeman | Richard J. Perr |
| Bar Number PA 308834 | Bar Number PA 72883 |
| FREEMAN LAW | Kaufman Dolowich Voluck |
| Attorney for Plaintiff | Attorney for Defendant |
| 210 Montage Mountain Road | 1600 John F. Kennedy Blvd., Suite 1030 |
| Moosic, PA 18507 | Philadelphia, PA, 19103 |
| P: (570) 589-0010 | P: 215-501-7002 |
| F: (570) 456-5955 | F: (215) 405-2973 |
| brett@freeman.law | rperr@kdvlaw.com |