IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Miguel Alvarez,<br>　　　　　Plaintiff<br><br>v.<br><br>Weltman, Weinberg, & Reis Co., LPA,<br>　　　　　Defendant | Docket No. 3:22-CV-00093-MEM<br><br>(Judge Malachy E. Mannion)<br><br>ELECTRONICALLY FILED |

## ORDER

Upon consideration of the Stipulation of Dismissal with Prejudice filed by the parties, it is hereby ordered that the stipulation is approved. This matter is hereby dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is directed to dismiss the case.

Date: 4/6/23

　　　　　　　　　　　　　　　　　　Malachy E. Mannion
　　　　　　　　　　　　　　　　　　United States District Judge